No. 95–864. MARESCA v. COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 95–866. GOSBEE v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MIDWEST FEDERAL SAVINGS BANK OF MINOT. Sup. Ct. N. D. Certiorari denied.

No. 95–877. YOONESSI v. STATE UNIVERSITY OF NEW YORK (BUFFALO) ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–881. HENRY v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 95–884. MOCCO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 95–894. FITZGERALD v. BAYHAM ET AL. Ct. App. Ariz. Certiorari denied.

No. 95–899. BONNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–903. PHELPS v. WINCHESTER MEDICAL CENTER, INC. Cir. Ct. Warren County, Va. Certiorari denied.

No. 95–904. PABON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–905. MARTINEZ v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–906. SUTTON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–907. MCNAUGHTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–911. CHUDSON v. ENVIRONMENTAL PROTECTION AGENCY. C. A. Fed. Cir. Certiorari denied.